COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00497-CV |
| Style: | Evelyn Wyatt v. Cynthia M. Simon, Jerry L. Schutza, Jaikshin S. Bhagia, and Nanik S. Bhagia |
| Date motion filed[*]: | July 7, 2015 |
| Type of motions: | Motion for Withdrawal of Counsel |
| Parties filing motions: | Appellant's Counsel Brett L. Bigham |
| Document to be filed: | N/A |

Is appeal accelerated?     No.

Ordered that motion is:

☑ Granted

　　　If document is to be filed, document due:  N/A

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Appellant's counsel's motion to withdraw is **granted** because it complies with Rule 6.5 and was served on appellant over 10 days ago with no response filed in this Court. *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a).  Accordingly, the Clerk of this Court is directed to remove Brett L. Bigham as attorney for appellant.  Mr. Bigham is ordered to comply with his notification obligations, including notifying appellant of her obligation to timely pay for the clerk's record and to file an appellant's brief, when due, if she proceeds without counsel. *See id.* at 5, 6.5(c), 38.6(a).

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　　　☒ Acting individually

Date:  July 28, 2015

November 7, 2008 Revision